USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
       -against-                              :    22-CR-643 (VEC)
:
:    <u>ORDER</u>
MELCHIZEDEK JOHNSON,                     :
:
                  Defendant.        :
:
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 29, 2022, an Indictment was filed against the Defendant in this matter, Dkt. 8; and

    WHEREAS on November 18, 2022, Pretrial Services reported that the Defendant had violated the conditions of his bail.

    IT IS HEREBY ORDERED that an arraignment and bail review hearing in this matter is scheduled for **Monday, December 5, 2022, at 11:00 A.M.**  The arraignment will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date:  November 30, 2022**                                                           **VALERIE CAPRONI**
       **New York, NY**                                                                 **United States District Judge**