

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/01/2023
```

February 1, 2023

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Melchizedek Johnson*, 22 Cr. 643 (VEC)

Dear Judge Caproni:

The Government submits this joint letter request for a 30-day adjournment of the upcoming status conference currently scheduled for February 6, 2023. The adjournment will allow the defense to continue reviewing the discovery, and for the parties to continue to confer about a possible disposition. In particular, the Government notes that the adjournment would be helpful in ensuring the defense's ability to thoroughly review a large electronic device, notwithstanding certain technical challenges that are being remediated.

Defense counsel consents to this request and to the continued exclusion of time through the date of the new status conference. The interests served by such an exclusion outweigh the public and the defendant's interest in a speedy trial for the reasons set forth above.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

By CM/ECF:  Amy Gallicchio, Esq.

---

Application GRANTED.  The February 6, 2023 conference is adjourned until **Wednesday, March 15, 2023, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

Time is hereby until March 15, 2023, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial given the logistical difficulties of trial preparation caused by COVID-19, and the need to provide defense counsel with adequate time to review discovery.

SO ORDERED.

*[signature]*   02/01/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE