**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
Jennifer L. Brown
Attorney-in-Charge

**MEMO ENDORSED**

February 28, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2023

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Melchizedek Johnson**, 22 Cr. 643 (VEC)

Dear Judge Caproni:

I write with the consent of Pretrial Services and without objection from the Government to respectfully request that the Court modify Mr. Johnson's bail conditions to permit travel in the District of New Jersey for the purpose of commuting to the Southern District of New York (SDNY). Mr. Johnson recently moved to Staten Island and travel to SDNY frequently necessitates travel through New Jersey.

Respectfully submitted,

/s/ Amy Gallicchio
_____
Amy Gallicchio
Assistant Federal Defender
(212) 417-8728

cc: AUSA Jane Chong
    Ashley Cosme (PTSO)

---

Application GRANTED.

SO ORDERED.

*[signature]*
02/28/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE