```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/05/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                              22-CR-643 (VEC)

                                             <u>ORDER</u>

MELCHIZEDEK JOHNSON,

                        Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on October 3, 2022, Mr. Johnson was granted bail following his arrest, Dkt. 4; and

    WHEREAS on April 4, 2023, Pretrial Services informed the Court that Mr. Johnson was convicted of assault in New York County Supreme Court and remanded into state custody.

    IT IS HEREBY ORDERED that Mr. Johnson's bail is REVOKED.

**SO ORDERED.**

**Date: April 5, 2023**
**New York, NY**

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**