

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/01/2023
```

June 1, 2023

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Melchizedek Johnson*, 22 Cr. 643 (VEC)

Dear Judge Caproni:

      The Government respectfully submits this joint letter request to adjourn the status conference currently scheduled for June 2, 2023 for approximately 30 days to allow for the parties to continue their discussions about resolving this matter. The parties are available the afternoon of July 5, and generally available on July 6 and 7. We can also promptly submit additional proposed dates if these dates are not convenient for the Court.

      The parties plan to advise the Court promptly if they wish the status conference to be converted to a change-of-plea hearing. Defense consents to the adjournment and exclusion of time. The interests served by such an exclusion outweigh the public and the defendant's interest in a speedy trial because it will allow the parties to continue to confer about a possible pretrial disposition.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

By CM/ECF: Amy Gallicchio, Esq.

---

The status conference in this matter is adjourned to **Friday, June 30, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Time is hereby excluded until June 30, 2023, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial given the need to provide the Defendant time to review the large volume of discovery in this matter.

SO ORDERED.

*[signature]*    06/01/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE