```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
        -against-                                                  :      22-CR-643 (VEC)
                                                                   :
                                                                   :      ORDER
MELCHIZEDEK JOHNSON,                                               :
                                                                   :
                          Defendant.                               :
                                                                   :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference in this matter is scheduled for August 1, 2023; and

WHEREAS this time is no longer convenient for the Court.

IT IS HEREBY ORDERED that the status conference is ADJOURNED to **Thursday, August 3, 2023, at 11:45 A.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that time is hereby excluded until **August 3, 2023,** under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendant given the need to provide defense counsel with adequate time to review discovery.

**SO ORDERED.**

**Date: July 24, 2023**                                                     _____
**       New York, NY**                                                     **VALERIE CAPRONI**
                                                                            **United States District Judge**