```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/03/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                             :
:
          -against-                                        :           22-CR-643 (VEC)
:
:           ORDER
MELCHIZEDEK JOHNSON,                                  :
:
          Defendant.                            :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a status conference in this matter is scheduled for August 3, 2023; and

      WHEREAS on August 3, 2023, the U.S. Marshal's Service informed the Court that Mr. Johnson refused to come to Court and stated that he believed the conference had been adjourned.

      IT IS HEREBY ORDERED that the status conference is ADJOURNED to **Tuesday, August 8, 2023, at 11:30 A.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

      IT IS FURTHER ORDERED that Mr. Johnson is warned that if he again refuses to come to Court, whether on August 8, 2023, or any other date, the Court will be inclined to enter a force order.

      IT IS FURTHER ORDERED that time is hereby excluded until **August 8, 2023,** under the Speedy Trial Act, 18 U.S.C. § 3161(h)(3)(A), due to the unavailability of the Defendant.

**SO ORDERED.**

**Date: August 3, 2023**                                                          _____
      **New York, NY**                                                         **VALERIE CAPRONI**
                                                                                           **United States District Judge**