```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
  :
UNITED STATES OF AMERICA,  :
  :
          -against-  :      22-CR-643 (VEC)
  :
  :      <u>ORDER</u>
MELCHIZEDEK JOHNSON,  :
  :
          Defendant.  :
  :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 14, 2023, the Court received a motion from Mr. Johnson raising numerous issues related to defense strategy and requesting a change of counsel.

IT IS HEREBY ORDERED that defense counsel is ordered to confer with Mr. Johnson to discuss the issues raised in Point One and determine if Mr. Johnson's concerns can be resolved without court intervention.

IT IS FURTHER ORDERED that defense counsel must show cause by **5:00 P.M. on Wednesday, August 16, 2023**, why Mr. Johnson's letter should not be publicly filed.

IT IS FURTHER ORDERED that a status conference in this matter is scheduled for **Wednesday, August 23, 2023, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: August 14, 2023**
**New York, NY**

                                                              **VALERIE CAPRONI**
                                                              **United States District Judge**