**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

**MEMO ENDORSED**

*Southern District of New York*
Jennifer L. Brown
Attorney-in-Charge

August 16, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/17/2023

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Melchizedek Johnson</u>, 22 Cr. 643 (VEC)

Dear Judge Caproni:

I write in response to the Court's Order dated August 14, 2023, directing me to (1) confer with Mr. Johnson regarding the issues raised in Point One of his pro se motion requesting a change of counsel and other relief and (2) show cause why Mr. Johnson's pro se motion should not be publicly filed. ECF No. 31.

**(1) Order to Confer with Mr. Johnson**

Pursuant to the Court's Order, I spoke with Mr. Johnson regarding the issues he raised in his motion. As a result of my communication with Mr. Johnson and in light of recent developments in negotiations with the Government, the Court's intervention is not required to resolve Mr. Johnson's concerns.

Furthermore, Mr. Johnson informs me that he would like to withdraw his pro se motion in its entirety.

**(2) Order to Show Cause**

Mr. Johnson's desire to withdraw his motion for a change of counsel and other relief, provides good cause why his motion should not be publicly filed. Publication of the motion at this

time would unnecessarily reveal privileged communications with legal counsel and taint the on-going attorney-client relationship.

                                        Respectfully submitted,

                                        */s/ Amy Gallicchio*

                                        Amy Gallicchio
                                        Assistant Federal Defender
                                        O:  (212) 417-8728
                                        C:  (917) 612-3274

cc:    AUSA Jane Chong

---

Application GRANTED.  The status conference scheduled for August 23, 2023, is CANCELLED.

SO ORDERED.

*[signature: Valerie Caproni]*                              08/17/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE