USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/05/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                          :

UNITED STATES OF AMERICA,           :

                          :

            -against-             :               22-CR-643 (VEC)

                          :

                          :               ORDER

MELCHIZEDEK JOHNSON,         :

                          :

                 Defendant.   :

                          :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 5, 2023, the parties requested that the Court schedule a

change-of-plea hearing in this matter.

IT IS HEREBY ORDERED that a change-of-plea hearing is scheduled for **Tuesday,**

**September 13, 2023, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40

Foley Square, New York, New York, 10007.


**SO ORDERED.**

                                 _____

**Date:   September 5, 2023**                **VALERIE CAPRONI**
**New York, NY**                    **United States District Judge**