USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

MELCHIZEDEK JOHNSON,

                        Defendant.

------------------------------------------------------------------X

22-CR-643 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on September 13, 2023, the parties appeared for a change of plea hearing; and

      WHEREAS Mr. Johnson entered a plea of guilty to Count 6 of the Indictment, which was accepted by the Court.

      IT IS HEREBY ORDERED that Mr. Johnson will be sentenced on **Wednesday, January 3, 2024, at 2:30 P.M.**  Pre-sentencing submissions are due no later than **December 20, 2023**.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: September 13, 2023
      New York, NY

                                         **VALERIE CAPRONI**
                                         **United States District Judge**